ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorneys for Defendant,
ARMANDO VARGAS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARMANDO VARGAS )<br>)<br>Defendant. )<br>_____ ) | 2:18-CR-00290-JCM-NJK-2 |

## STIPULATION AND ORDER PERMITTING LIMITED TRAVEL TO OREGON

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its attorney of record, LINDA MOTT, ESQ., and the Defendant, ARMANDO VARGAS, by and through his undersigned attorney, ROBERT F. PURDY, ESQ., and hereby stipulate and agree as follows:

That Mr. Vargas is presently residing in Riverside, California pending trial on a personal recognizance bond with the condition that his travel be limited to California and to Nevada for court appearances.

That ARMANDO VARGAS' has a family wedding in Prineville, Oregon on June 1, 2019.

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

That MR. VARGAS' is requesting that this court grant him permission to travel to Prineville, Oregon on May 30, 2019 to attend the wedding of his first cousin, Ms. Melissa Lopez, returning to Riverside, California on June 4, 2019.

That ARMANDO VARGAS provided pretrial services a copy of the itinerary and where he will be staying on his trip to Oregon.

That MR. VARGAS would be driving to Oregon by car with his father, sister and brother in law.

That MR. VARGAS pretrial services officer, Officer Carmen Pitcher, is in agreement with MR. BARGAS traveling to Oregon for the wedding on the specified dates. MR. VARGAS has been in full compliance with his pretrial release conditions as of the present date.

//
//
//
//
//
//
//
//
//
//
//
//
//

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel that the Defendant, ARMANDO VARGAS, shall be permitted to travel to Prineville, Oregon, on May 30, 2019, for a family wedding as stated herein, returning on June 4, 2019 to Riverside, California.

DATED this 28th day of May, 2019.          DATED this 28th day of May, 2019.

/ s / Robert F. Purdy, Esq.                / s / Linda Mott

**ROBERT F. PURDY, ESQ.**                  LINDA MOTT, ESQ.
633 S. 7th Street                          Assistant U.S. Attorney
Las Vegas, NV 89101                        501 Las Vegas Blvd. South
Attorneys for Defendant,                   Suite 1100
ARMANDO VARGAS                             Las Vegas, NV 89101

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED this **28th** day of May, 2019.

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438