ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorneys for Defendant,
ARMANDO VARGAS

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **2:18-CR-00290-JCM-NJK-2** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ARMANDO VARGAS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### STIPULATION AND ORDER PERMITTING LIMITED TRAVEL TO COLORADO

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its attorney of record, JOSHUA BRISTER, ESQ., and the Defendant, ARMANDO VARGAS, by and through his undersigned attorney, ROBERT F. PURDY, ESQ., and hereby stipulate and agree as follows:

That Mr. Vargas is presently residing in Riverside, California on a personal recognizance bond with the condition that his travel be limited to California and Nevada for court appearances. Mr. Vargas has entered a guilty plea in his case and his sentencing is scheduled for January 26, 2022.

That ARMANDO VARGAS' has an aunt, Ms. Marivel Vargas, who resides in Denver, Colorado, that has suffered a recent medical illness that requires the assistance and attention of her family.

That MR. VARGAS' is requesting that this court grant him permission to travel to Denver, Colorado on October 8, 2021 to attend to his aunt, Ms. Marivel Vargas, returning to Riverside, California on October 11, 2021.

That ARMANDO VARGAS shall provide pretrial services a copy of the itinerary and where he will be staying on his trip to Colorado.

That MR. VARGAS would be flying to Colorado with his father, two sisters and brother in law.

That MR. VARGAS' pretrial services officer, Officer Alicia Shiveley, is in agreement with MR. BARGAS traveling to Colorado on the specified dates. MR. VARGAS has been in full compliance with his pretrial release conditions as of the present date.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel that the Defendant, ARMANDO VARGAS, shall be permitted to travel to Denver, Colorado, on October 8, 2021, for a family medical trip as stated herein, returning on October 11, 2021 to Riverside, California.

DATED this 7th day of October, 2021.   DATED this 7th day of October, 2021.

/ s / Robert F. Purdy, Esq.   / s / Joshua Brister
_____      _____
**ROBERT F. PURDY, ESQ.**    **JOSHUA BRISTER, ESQ.**
633 S. 7th Street            Assistant U.S. Attorney
Las Vegas, NV 89101          501 Las Vegas Blvd. South
Attorneys for Defendant,     Suite 1100
ARMANDO VARGAS               Las Vegas, NV 89101

IT IS SO ORDERED

_____
HONORABLE JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

DATED October 7, 2021.

3